# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>TERI KENNEDY, *et al.*,<br><br>Defendants. | Case No. 23-cv-50038<br><br>Honorable Philip G. Reinhard<br>Magistrate Judge Lisa A. Jensen |

## DEFENDANTS' STATUS REPORT REGARDING EXHAUSTION

Defendants, Teri Kennedy, Brian Schmeltz, Susan Prentice, Tarry Williams, Rob Jeffreys, Michelle Victum and Thomas Hochbaum, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby submit Defendants' Status Report, pursuant to the Court's order dated October 23, 2023 (Dkt. 62). In support thereof, Defendants state as follows:

1. Defendants do not believe Plaintiff has exhausted his administrative remedies prior to filing this lawsuit.

Dated: October 27, 2023

**KWAME RAOUL**
Attorney General of Illinois

Respectfully submitted,

*/s/ Marrian M. Daniel*
MARRIAN M. DANIEL
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4275
Marriam.Daniel@ilag.gov

## CERTIFICATE OF SERVICE

On October 27, 2023, the foregoing document, *Defendants' Status Report*, was filed with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM-ECF electronic filing system.

*/s/ Marrian M. Daniel*
