IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SAMUEL HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>TERI KENNEDY, *et al.*,<br><br>Defendants. | Case No. 23-cv-50038<br><br>Honorable Philip G. Reinhard<br>Magistrate Judge Lisa A. Jensen |

## **DEFENDANTS' STATUS REPORT REGARDING EXHAUSTION**

Defendants, Teri Kennedy, Brian Schmeltz, Susan Prentice, Tarry Williams, Rob Jeffreys, Michelle Victum and Thomas Hochbaum, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby submit Defendants' Status Report, pursuant to the Court's order dated November 30, 2023 (Dkt. 74). In support thereof, Defendants state as follows:

1. Given that Plaintiff was no longer incarcerated at the time of filing the Complaint, Defendants will not proceed with the exhaustion defense.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Marrian M. Daniel*
MARRIAN M. DANIEL
Assistant Attorney General

**KWAME RAOUL**
Attorney General of Illinois

Office of the Illinois Attorney General
100 West Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4275
Marriam.Daniel@ilag.gov

## **CERTIFICATE OF SERVICE**

On December 15, 2023, the foregoing document, *Defendants' Status Report*, was filed with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM-ECF electronic filing system.

*/s/ Marrian M. Daniel*