UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS WESTERN
DIVISION

| | |
|---|---|
| SAMUEL "NIYEH" HIGGINS,<br>Plaintiff,<br><br>vs.<br><br>JEFFREYS, et. al.,<br>Defendants. | Case No. 3:23-cv-50038<br>Honorable Philip G. Reinhard<br>Magistrate Judge Lisa A. Jensen |

### JOINT STATUS REPORT

Pursuant to the Court's December 18, 2023 minute entry (Dkt. 77), Plaintiff Niyeh Higgins and Defendant Latoya Hughes, Acting Director of the Illinois Department of Corrections[1], et. al., submit the following status report:

On September 20, 2023, Plaintiff issued a first request for production. Plaintiff seeks documents including but not limited to grievances that Plaintiff filed while incarcerated at the Illinois Department of Corrections (IDOC) during a narrowed timeframe, Plaintiff's medical and mental health records, internal affairs investigatory reports about any incidents of harm towards Plaintiff, incident reports of Plaintiff's strip searches, and reports made by Plaintiff about specific inmates that harmed Plaintiff in the IDOC. (Exhibit 1).

Plaintiff's counsel Kara Crutcher followed up on this request numerous times, however, Defendants have not yet produced documents responsive to the request. (Exhibit 2). On January 19th, Defendants told Plaintiff's counsel that they lost the request for production and needed a

---

[1] Plaintiff originally named Rob Jeffreys, the then-director of the Illinois Department of Corrections, as a Defendant. Mr. Jeffreys has left the Department and Ms. Hughes is the Acting Director. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Hughes is automatically substituted as a defendant for the official capacity claims against former Director Jeffreys.

new copy of the file. (Exhibit 2). On January 24th, Plaintiff informed Defendants of their intent to file a Motion to Compel Production if Defendants refused to produce responsive documents. Defendants stated that they would reply by January 26th. On January 30th, Plaintiff's counsel Kara Crutcher still had not received a response from the Defendants, and contacted Defendant's counsel Marrian Daniel for an update.

On February 1, 2024, Mrs. Daniel emailed Plaintiff with a response to the First Request for Production. Defendants did not produce any of the requested documents, stating certain objections, such as the requests were overly broad, that they posed safety risks to the IDOC, and that the documents were outside the possession of the IDOC. Defendants also responded that certain documents have been requested from the record keeper and if they exist, would be produced. The same day, Defendants issued their First Request for Production, and the First Set of Interrogatories to Plaintiff. On January 24, 2024, Defendants' counsel explained to Plaintiff's counsel that the documents they are requesting span between both Pontiac, Dixon and Stateville Correctional Center. As such, Defendant's counsel has been trying to coordinate the receipt of documents from three different facilities. Additionally, Plaintiff's requests seek documents spanning four years beginning in 2018.

On February 14, 2024, Plaintiff requested a meet and confer with counsel for the Defendants to discuss Plaintiff's First Request for Production. On February 14, 2024, Defendant's counsel advised that she is currently in trial prep for a trial beginning on February 21, 2024 in Peoria, Illinois, which she would also be travelling on February 20, 2024. The parties hope to resolve the delay in production thus far during this meeting. In light of the pace of discovery, the parties plan to file a joint motion for additional time to complete fact discovery.

Additionally, the undersigned filed an appearance on behalf of Defendant Kemmeren on

December 1, 2023, however, has realized that an answer was not filed. Defendant Kemmeren requests leave to file her answer by March 1, 2024, as the undersigned will be on trial beginning next week.

Respectfully submitted,

/s/ *Kara C. Crutcher*
Kara C. Crutcher
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 773-575-9010
Kara.crutcher@law.northwestern.edu
*Attorney for Samuel "Niyeh" Higgins*


Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
Phone: 312-503-2492
sheila.bedi@law.northwestern.edu
*Attorney for Samuel "Niyeh" Higgins*

/s/ *Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau/Prison Litigation
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 814-4752
Marriam.Daniel@ilag.gov