Exhibit 1 – Correspondence Between Parties

## Kara C Crutcher

| | |
|---|---|
| **From:** | Kara C Crutcher |
| **Sent:** | Friday, February 16, 2024 4:57 PM |
| **To:** | Daniel, Marriam |
| **Cc:** | Sheila A Bedi; Navarrete, Sergio |
| **Subject:** | RE: Higgins - Plaintiff First Request for Production |
| **Attachments:** | Joint Initial Status Report 2.16.24.docx |

Hi Marrian,

Please find the attached draft status report. Plaintiff made minor changes that are tracked. Please review asap and advise if you have any objections to these changes. If not, I'll get this on file.

Thanks,
Kara

**From:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Sent:** Friday, February 16, 2024 4:04 PM
**To:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

See attached status report. We do have the medical records and some incident reports. I will coordinate with Sergio to produce those while I'm out. Otherwise, I am pretty free the week of 2/26, except for 2/28. Let me know what works.

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau/Prison Litigation
115 S. LaSalle Street
Chicago, Illinois 60603
Office: (312) 814-4752
Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof,

including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**From:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Sent:** Friday, February 16, 2024 11:03 AM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** [EXTERNAL] RE: Higgins - Plaintiff First Request for Production

Hi Marrian,

I did receive your automated message about your prep for another trial.

In light of your demanding schedule and the several months that Plaintiff's first request has been delayed, Plaintiff requests a hard deadline for production of the obviously discoverable docs (i.e. medical records, grievances, policies, etc).

Please advise on this asap. I'm also re-sending the draft joint status report. Please advise if you have edits so that I can get this on file for us today.

Thank you,

Kara

---

**From:** Kara C Crutcher
**Sent:** Friday, February 16, 2024 8:02 AM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Yes the week after is fine. Can you please provide some times that you are available for that meeting?

Also we have a joint status report due today. I've attached a draft that we can submit on our behalf. If you have any edits can you add them as tracked changes directly into the document. I intend to file before 5pm CST.

Thanks!

Kara

---

**From:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Sent:** Thursday, February 15, 2024 4:45 PM
**To:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

I am not available. I am currently in trial prep for a trial beginning 2/21 in Peoria. I will be traveling there on 2/20. Are you available the week after?

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau/Prison Litigation
115 S. LaSalle Street
Chicago, Illinois 60603
Office: (312) 814-4752
Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**From:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Sent:** Wednesday, February 14, 2024 11:56 AM
**To:** Daniel, Marrian <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** [EXTERNAL] RE: Higgins - Plaintiff First Request for Production

Hi Marriam,

Are you and your team available for a meet and confer about discovery next Tuesday 2/20 at 2:30pm?

If so, let me know and I'll circulate a Zoom invite.

Thank you,
Kara

---

**From:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Sent:** Thursday, February 1, 2024 1:49 PM
**To:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

Please see attached responses to Plaintiff's request for production of documents and Defendants' first set of interrogatories and request to produce.

The same is also being sent to you by mail.

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
Office: (312) 814-4752
Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**From:** Daniel, Marriam
**Sent:** Tuesday, January 30, 2024 12:27 PM
**To:** 'Kara C Crutcher' <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Navarrete, Sergio <Sergio.Navarrete@ilag.gov>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

We are trying to figure out which facility have the documents since we are dealing with both Dixon and Pontiac, as well as NRC since Higgins is at NRC now. We've asked the coordinators to get us the documents by next week, but given the amount of documents, I'm not sure that we will have them. If I get anymore information, I will let you know. I will also produce documents as we receive them.

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
Office: (312) 814-4752

Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**From:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Sent:** Tuesday, January 30, 2024 11:49 AM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** [EXTERNAL] RE: Higgins - Plaintiff First Request for Production

Hi Marrian,

As we did not hear from you by Friday of last week, can you please update us on progress for gathering and producing the first batch of requested discovery?

Thank you,

Kara

**From:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Sent:** Wednesday, January 24, 2024 5:03 PM
**To:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

I go by Marrian (pronounced as Mary-Anne). I am going to work on the response and hopefully get it to you by Friday. I don't know what documents I will have by then, but whatever I do get I will produce.

I apologize for the delay, I lost track of this. Let me know if you want to discuss further.

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street

Chicago, Illinois 60603
Office: (312) 814-4752
Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**From:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Sent:** Wednesday, January 24, 2024 4:50 PM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** [EXTERNAL] RE: Higgins - Plaintiff First Request for Production

Good afternoon,

First—is the proper spelling of your name Marriam or Marrian? I want to make sure that I'm addressing you correctly.

At this point we've sent a several emails checking in on this request, and have stated to Judge Jensen in at least two hearings that this first request has been served upon Defendants. Please advise on the status of the request asap or we will plan to file our motion to compel within the next week.

Thank you,
Kara

---

**From:** Kara C Crutcher
**Sent:** Friday, January 19, 2024 12:02 PM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Sure, its attached.

---

**From:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Sent:** Friday, January 19, 2024 11:55 AM
**To:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Kara,

I'm sorry, I cant find the requests to produce. Can you please re-send? The paralegal that was on this case has transferred to another unit and I haven't been re-assigned a new one.

Thanks,

Marrian

*Marrian M. Daniel*
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
Office: (312) 814-4752
Cell: (872) 272-0766
Marriam.Daniel@ilag.gov

*Please note our new address

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**From:** Kara C Crutcher <kara.crutcher@law.northwestern.edu>
**Sent:** Friday, January 19, 2024 11:45 AM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** [EXTERNAL] RE: Higgins - Plaintiff First Request for Production

Hi Marriam,

I hope you are staying warm.

Following up on my last email—we sent out the First Request for Production a couple of months ago, and have not heard back from your legal team on this. Please advise as soon as possible when you all plan to produce the requested materials. If we do not hear back from you soon, we do plan to file a motion to compel the requested production.

Thank you,
k

---

**From:** Kara C Crutcher
**Sent:** Tuesday, January 9, 2024 1:48 PM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** RE: Higgins - Plaintiff First Request for Production

Hi Marriam,

I hope this email finds you well. I'm following up on this First Request for Production. Please advise as soon as possible the status of this request.

Thank you,
k

---

**From:** Kara C Crutcher
**Sent:** Wednesday, September 20, 2023 4:07 PM
**To:** Daniel, Marriam <Marriam.Daniel@ilag.gov>
**Cc:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** Higgins - Plaintiff First Request for Production

Hi Marriam,

Please find attached Plaintiff's First Request for Production. Thanks, k