# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

SAMUEL "NIYEH" HIGGINS, )
    Plaintiff, )
                         )    Case No. 3:23-cv-50038
vs.                   )    Honorable Philip G. Reinhard
                        )    Magistrate Judge Lisa A. Jensen
                        )
JEFFREYS, et. al.,        )
    Defendants.       )
                        )

## JOINT STATUS REPORT

Pursuant to the Court's April 2, 2024 minute entry (Dkt. 89), Plaintiff Niyeh Higgins and Defendants Latoya Hughes, Acting Director of the Illinois Department of Corrections[1], Teri Kennedy, Brian Schmeltz, Susan Prentice, Tarry Williams, Rob Jeffreys, Michelle Victum, Thomas Hochbaum, and Joanna Kemmeren, submit the following status report:

On September 20, 2023, Plaintiff issued a First Request for Production. On March 27, 2024, Plaintiff emailed Defendants about RFP 1, 2, and 11, which includes requests for training materials regarding how to interact with transgender and gender non-conforming individuals in IDOC custody. (Exhibit 1).

On April 9, 2024, Plaintiff followed up with Defendants about the status of the outstanding discovery. Plaintiff received an automated email from Defendants stating that counselor Marrian Daniel was at trial until April 15th, and as such, was unavailable until then. Plaintiff followed up with Defendants on April 18th about the status of outstanding discovery. On April 19th, Defendants

---

[1] Plaintiff originally named Rob Jeffreys, the then-director of the Illinois Department of Corrections, as a Defendant. Mr. Jeffreys has left the Department and Ms. Hughes is the Acting Director. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Hughes is automatically substituted as a defendant for the official capacity claims against former Director Jeffreys.

stated that they need to confirm with IDOC whether the requested training materials can be produced without a confidentiality order, and inquired about Plaintiff's stance on this matter.

On April 24, 2024 Plaintiff responded to Defendants stating that Plaintiff does not agree to a confidentiality agreement for the production of the requested training materials. (Exhibit 1). On April 29th, Defendants produced the requested training materials, however, advised Plaintiff that there is one set of directives that cannot be produced without a confidentiality order as attorney eyes only because they contain sensitive information regarding the safety and security of the facility. This is last remaining issue to resolve for written discovery. Defendants are ready to schedule Plaintiff's deposition.

Currently, fact discovery closes on May 30, 2024. As such, and in light of the pace of discovery thus far, the parties intend to file a joint motion to extend the discovery deadline in this matter.

Respectfully submitted,

/s/ *Kara C. Crutcher*
Kara C. Crutcher
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 773-575-9010
Kara.crutcher@law.northwestern.edu
*Attorney for Samuel "Niyeh" Higgins*


Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
Phone: 312-503-2492
sheila.bedi@law.northwestern.edu
*Attorney for Samuel "Niyeh" Higgins*

_/s/ Marrian M. Daniel_
MARRIAN M. DANIEL
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
(312)  814-4752
Marriam.Daniel@ilag.gov
_Attorney for Defendants_