# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL "NIYEH" HIGGINS,       ) | |
|          ) | |
| *Plaintiff,*          ) | |
|          ) | Case No. 3:23-cv-50038 |
| v.          ) | |
|          ) | Honorable Rebecca R. Pallmeyer |
|          ) | Magistrate Judge Lisa A. Jensen |
| ROB JEFFREYS ET AL       ) | |
|          ) | |
| *Defendants.*          ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Sheila A. Bedi respectfully moves this Court for leave to withdraw as counsel for the Plaintiff. Ms. Bedi will be on leave from the Northwestern Pritzker School of Law Community Justice and Civil Rights Clinic for the next academic year. Attorney Wally Hilke, who will direct the CJCR Clinic during Ms. Bedi's absence, will continue to represent the Plaintiff.

Ms. Bedi's withdrawal will in no way prejudice the Plaintiff or any other party associated with this matter. For these reasons, the undersigned requests an order from this Court permitting her to withdraw from this matter.

Dated: August 15, 2025.                    Respectfully submitted,

                                                         By: /s/ Sheila A. Bedi
                                                         Community Justice and Civil Rights Clinic
                                                         Northwestern Pritzker School of Law
                                                         375 E. Chicago Ave.,
                                                         8th Floor Chicago, IL 60611
                                                         Phone: 312-503-2492
                                                         Sheila.bedi@law.northwestern.edu